**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ERIC ALBERTO SANCHEZ JIMENEZ,

Petitioner,

v. No. 1:26-cv-3478-KG-JFR

FNU LNU,
*Warden of the Torrance County Detention Facility, et al.*,

Respondents.

**ORDER TO SHOW CAUSE**

This Order is before the Court *sua sponte*. Petitioner Eric Alberto Sanchez Jimenez, proceeding *pro se*, filed a petition for writ of habeas corpus on October 1, 2026. Doc. 1. The Court entered an Order to Answer on October 7, 2026. Doc. 4. The Government responded on October 19, 2026. Doc. 6. Petitioner, with the aid of counsel, filed a subsequent petition on October 16, 2026, in *Sanchez Jimenez v. Warden*, No. 1:26-cv-3478-KG-JFR (D.N.M. Oct. 16, 2026). The Court has not ordered the Government to respond in that case.

Federal Rule of Civil Procedure 42 permits the Court to consolidate actions that "involve a common question of law or fact." The Court has broad discretion in determining whether to consolidate cases. *Cheney v. Judd*, 429 F. Supp. 3d 931, 936 (D.N.M. 2019).

The Court orders the parties, within 3 days of entry of this Order, show cause why the Court should not consolidate this case with *Sanchez Jimenez*, No. 1:26-cv-3478.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.